PER CURIAM.
Affirmed. Robertson v. Robertson, 593 So.2d 491 (Fla.1991); Weisfeld v. Weisfeld, 545 So.2d 1341 (Fla.1989); Canakaris v. Canakaris, 382 So.2d 1197 (Fla.1980); Hollywood Corporate Circle Associates v. Amato, 604 So.2d 888 (Fla. 4th DCA 1992); Deckard v. Deckard, 590 So.2d 35 (Fla. 4th DCA 1991); § 61.075, Florida Statutes (1991).
STONE, J., OWEN, WILLIAM C., Jr., Senior Judge, and BRESCHER, GEORGE A., Associate Judge, concur.